IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Caribbean Produce Exchange, LLC<br><br>Plaintiffs,<br><br>v.<br><br>Priority RoRo Services, Inc.,<br>Insurance Company X,Y,Z<br><br>Defendants. | Civil No. 2017-cv-1747(DRD) |

## FINAL JUDGMENT

Upon consideration for the Joint Motion for Voluntary Dismissal Upon Settlement (Docket No. 740):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed, with prejudice, and without any special imposition of costs or attorney's fees; and;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the related Claim (ECF Document 375) presented at Civil Number 17-cv-1172 (DRD) is consequently withdrawn, with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of May 2018.

*s/ Daniel R. Dominguez*
Daniel R. Dominguez
United States District Judge